UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Chaniki Bedford,<br>          Plaintiff,<br><br>v.<br><br>Portfolio Recovery Associates, LLC,<br>          Defendant. | Case No.<br><br>**COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF**<br><br>**JURY DEMAND ENDORSED HEREIN** |

## PARTIES

1. Plaintiff, Chaniki Bedford, ("Chaniki"), is a natural person who resided in Atlanta, Georgia, at all times relevant to this action.

2. Defendant, Portfolio Recovery Associates, LLC, ("PRA"), is a Delaware Limited Liability Company that maintained its principal place of business in Norfolk, Virginia, at all times relevant to this action.

## JURISDICTION AND VENUE

3. Pursuant to 28 U.S.C. §1331, this Court has federal question jurisdiction over this matter as it arises under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq.

4. Pursuant to 28 U.S.C. §1391(b), venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

## STATEMENT OF FACTS

5. At all times relevant to this action, PRA collected consumer debts.

6. PRA regularly uses instrumentalities of interstate commerce and the mails to collect consumer debts owed or due or asserted to be owed or due another.

7. The principal source of PRA's revenue is debt collection.

8. PRA is a "debt collector" as defined by 15 U.S.C. §1692a(6).

9. As described, *infra*, PRA contacted Chaniki to collect a debt that was incurred primarily for personal, family, or household purposes.

10. This alleged obligation is a "debt" as defined by 15 U.S.C. §1692a(5).

11. Chaniki is a "consumer" as defined by 15 U.S.C. §1692a(3).

12. Quite some time ago, PRA began contacting Chaniki on Chaniki's cellular phone in connection with the collection of the debt.

13. During the initial communication, Chaniki notified PRA that Chaniki was unemployed.

14. In addition, Chaniki requested PRA cease further calls to Chaniki.

15. Despite this request, PRA contacted Chaniki on Chaniki's cellular phone in connection with the collection of the debt on numerous occasions, most recently around April 2014.

16. On numerous occasions, Chaniki requested PRA cease further calls to Chaniki.

17. On at least one occasion, PRA told Chaniki that PRA would stop calling Chaniki, which was a misrepresentation as evidenced by the fact that PRA

continued to contact Chaniki on Chaniki's cellular phone in connection with the collection of the debt.

18. PRA attempted to collect a debt from Chaniki.

19. PRA violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

20. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

21. Defendant violated 15 U.S.C. §1692c(a)(1) by calling Plaintiff at an unusual place – a cell phone -- known to be inconvenient.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

22. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

23. Defendant violated 15 U.S.C. §1692d by engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff in connection with the collection of the debt by continuing to call after being told to stop.

## COUNT THREE

### Violation of the Fair Debt Collection Practices Act

24. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

25. Defendant violated 15 U.S.C. §1692e by using false, deceptive, or misleading representations or means in connection with the collection of the debt.

## JURY DEMAND

26. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

27. Plaintiff prays for the following relief:

   a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

   b. For such other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA

By:   /s/ Charles M. Clapp
One of Plaintiff's Attorneys

*Of Counsel* – Hyslip & Taylor LLC LPA
Charles M. Clapp, Esq. – Bar. No.
303 Perimeter Center North
Suite 300
Atlanta, GA  30346
Phone:  404-585-0040
Email:  charles@lawcmc.com